UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:02-CR-0245-JCM-LRL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| VERONICA KIM LOPEZ ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#62), sentencing held on August 4, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $2,675.00

**Total Amount of Restitution ordered: $2,675.00\*\***
\*\*Joint and several with co-defendant Demetrius Levon Adamson

Dated this 26th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE